JOSEPH B. PEARCE, JR., Appellant, *v.* STEPHEN D. STEPHENS, as County Judge, et al., Respondents.

*Pearce* v. *Stephens,* 18 App. Div. 101, affirmed.
(Argued June 22, 1897; decided June 25, 1897.)

APPEAL, by certification, from an order of the Appellate Division of the Supreme Court in the second judicial department made May 18, 1897, which reversed an order of Special Term granting an injunction.

The questions certified by the Appellate Division were:

*First.* Is the designation by chapter 108 of the Laws of 1897, of the sheriff of the county of Richmond, as a member of the board of appointment, therein created, constitutional?

*Second.* Is the provision in said act, that the police comissioners of Richmond county, to be appointed by said board of appointment, are not to belong to the same political party, or be of the same political opinion on state and national politics, constitutional?

*Third.* If such designation shall be unconstitutional, does it render the act itself unconstitutional?

*George W. Wingate* and *Thomas W. Fitzgerald* for appellant.

*George M. Pinney, Jr.,* and *Aaron C. Thayer* for respondents.

Order affirmed, with costs, and the first and second questions answered in the affirmative; no opinion.

All concur, except Gray, J., absent.